**Opinion issued August 9, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-12-00570-CV**
_____

**ZACHARIAH DORSETT, Appellant**

**V.**

**ARCHSTONE MEMORIAL HEIGHTS, Appellee**

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 974185**

---

**MEMORANDUM OPINION**

This is an attempted appeal from an October 29, 2010 order sustaining a contest to appellant's affidavit of indigence for appellate costs.[1]  Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp*., 39 S.W.3d

---

[1]  Appellant filed a challenge to the trial court's order in this Court on November 12, 2010.

191, 195 (Tex. 2001).  Appellant has not appealed a final judgment in the underlying trial court cause.  We may review a challenge to an order sustaining a contest to an affidavit of indigence only when it is made as part of a pending appeal from a final judgment or other appealable order.  *See* TEX. R. APP. P. 20.1; *In re Arroyo*, 988 S.W.2d 737, 738-39 (Tex. 1998).

On June 22, 2012, the Court notified the parties of its intent to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating this court's jurisdiction on or before July 2, 2012.  *See* TEX. R. APP. P. 42.3(a).  Appellant has not filed a response.

Accordingly, we dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.

2